UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2010
CENTRAL DISTRICT OF CALIFORNIA
BY L. Blackwater  DEPUTY

In the Matter of the Creation of the ) 
Calendar ) ORDER OF THE CHIEF JUDGE
)
of )
) 10-039
)
Judge DOLLY M. GEE )
)

    IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Dale S. Fischer to the calendar of Judge Dolly M. Gee for all further proceedings:

| | | |
|---|---|---|
| CV 06 03751 | DSF (JC) | Mark Richmond Hatten v. James A Yates |
| CV 08 05021 | DSF (JEM) | Daniel Trevor Bowles v. Stolc |
| * CV 08 07116 | DSF (Ex) | James Jim Owens v. County of Los Angeles et al |
| CV 09 00905 | DSF (FFMx) | Juan Rodriguez v. Diversified Collection Services, Inc. |
| CV 09 01891 | DSF (AJWx) | RSR Corporation et al v. Aaron Ferer & Sons, Co. et al |
| CV 09 01951 | DSF (SHx) | Stephen J. August v. Provident Life and Accident Insurance, Co. et al |
| CV 09 02085 | DSF (VBKx) | Harry M. Fox v. Madison Hildebrand et al |
| CV 09 04681 | DSF (FMOx) | Southern California Housing Rights Center, Inc. v. Terri Trevillian et al |
| CV 09 04762 | DSF (JCx) | Lernik Moradian v. Countrywide Home Loans, Inc. et al |
| CV 09 05775 | DSF (SHx) | Charlene Folck v. Coventry Health Care, Inc. et al |
| CV 09 05817 | DSF (SSx) | Jose Arciniega et al v. IndyMac Bank et al |
| CV 09 07328 | DSF (PJWx) | Peter Knappe v. United States of America |
| CV 09 07329 | DSF (FFMx) | Benjamin Granados v. Bimbo Bakeries USA, Inc. et al |
| CV 09 07486 | DSF (RNB) | Uvaldo Mora v. Francisco Jacques |
| SA 09 00591 | DSF (RNB) | Daniel Scott Frost v. Tereser Banks |

DATED: January 29, 2010

_____
Acting Chief Judge George H. King