**ENT JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ("JIM") OWENS<br>                PLAINTIFF(S),<br>v.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br>                DEFENDANTS. | **CASE NUMBER**<br><br>**CV 08-7116-DMG(Ex)**<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT(S)** |

   This action having been tried before the Court sitting with a jury, the Honorable DOLLY M. GEE, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

   IT IS ORDERED AND ADJUDGED that the plaintiff(s) JAMES ('JIM") OWENS, , recover of the defendants COUNTY OF LOS ANGELES, ET AL.,:  nothing; that the action be dismissed on the merits **pursuant to the verdict filed October 13, 2010**.

Dated  October 13, 2010                                CLERK, U.S. DISTRICT COURT
at         4:00 P.M.

                                                       By  Yolanda Skipper
                                                           Deputy Clerk

cc:    Counsel of record

CV-44 (11/96)         JUDGMENT ON THE VERDICT FOR DEFENDANT(S)