L. TREVOR GRIMM, ESQ.
State Bar No. 186801
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Email: ltg@mmker.com

Attorneys for Defendants
COUNTY OF LOS ANGELES, CHRISTINA MARTINEZ and CASEY CHESHIER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES (JIM) OWENS, | Case No.: CV08-07116 DMG |
|---|---|
| Plaintiff, | **NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; APPLICATION TO TAX COSTS; DECLARATION OF L. TREVOR GRIMM IN SUPPORT** |
| vs. | |
| COUNTY OF LOS ANGELES, DEPUTY MARTINEZ, DEPUTY SHESHIRE, DOES 1-10, inclusive, | |
| | (Filed concurrently Herewith Bill of Costs) |
| Defendants. | Date: November 4, 2010 |
| | Time: 11:00 a.m. |
| | Clerk's Designee: Lydia Yurtchuk |

TO PLAINTIFF JAMES(JIM) OWENS AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 4, 2010 at 11:00 a.m., or as soon thereafter as the parties may be heard telephonically before the Clerk's Designee at the above entitled Court located at 312 North Spring Street, Los Angeles, California 90012, Defendants COUNTY OF LOS ANGELES, CASEY CHESHIER, ADAM PRUITT and CHRISTINA MARTINEZ, hereby will and do apply to the Clerk of the Court to tax costs, pursuant to the Bill of Costs filed concurrently herewith. Defendants were the prevailing party, pursuant to judgment entered on October 13, 2010. (Document 115.)

///

This Application shall be based upon this Notice, The Application to Tax Costs, the supporting Declaration of L. Trevor Grimm, the responsible attorney, the Bill of Costs, concurrently filed and served herewith, the records and files in this action, and upon such other oral and/or documentary evidence as may be presented at the time of the hearing, if any.

Dated: October 21, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____/s/_____
L. Trevor Grimm

Attorneys for Defendants,
COUNTY OF LOS ANGELES, CASEY CHESIER, CRISTINA MARTINEZ and ADAM PRUITT

## APPLICATION TO TAX COSTS

Defendants COUNTY OF LOS ANGELES, CASEY CHESHIER, ADAM PRUITT and CHRISTINA MARTINEZ brings the instant Application to Tax Costs after Judgment was entered by the Court for Defendants against Plaintiff. Defendants are the prevailing party in this action and costs were awarded. A true and correct copy of the Judgment on the Verdict for Defendants is attached hereto as Exhibit A.

This application in the amount of $5,623.60 is based on the attached Bill of Costs, Itemization of Costs and supporting document of invoices. Said costs were necessarily incurred in the litigation of this case and are recoverable pursuant to 28 U.S.C. § 1920, and Local Rule 54.

# DECLARATION OF L. TREVOR GRIMM

I, L. Trevor Grimm, declare as follows:

1. I am an attorney with the law firm of Manning & Marder, Kass, Ellrod, Ramirez LLP, counsel of record for Defendants, COUNTY OF LOS ANGELES, CASEY CHESHIER, ADAM PRUITT and CHRISTINA MARTINEZ in the above matter. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Judgment was entered by the Court for Defendants against Plaintiff. Defendants are the prevailing parties in this action, whom are entitled to costs. A true and correct copy of the Judgment on the Verdict for Defendants is attached hereto as Exhibit A.

3. I have personally reviewed the attached Bill of Costs for the above case. The items claimed as costs are correct and have been necessarily incurred in the defense of this case. The services for which fees have been charged were actually and necessarily performed and the costs have been either paid for or the obligation for payment has been incurred by the defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 21, 2010, at Los Angeles, California.

/s/ L. Trevor Grimm
L. Trevor Grimm