FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES (JIM) OWENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 08-7116-DMG (Ex)<br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**Question # 1:**   On Plaintiff's claim that he was seized and searched without reasonable suspicion in violation of his Fourth Amendment right to be free from unreasonable search and seizure, was Plaintiff injured? (Check one)

　\_\_\_\_  Yes, and we award the damages listed in response to Question # 2, below.

　_X_  No, and we award nominal damages in the sum of One Dollar.

If your answer to Question # 1 is "yes," go on to Question # 2. If your answer to Question # 1 is "no," skip Question # 2 and sign and date this verdict form.

//

//

**Question # 2:** Please state the amount of damages you award to Plaintiff:

a. For past lost earnings, we award the sum of $_____.

b. For earnings Plaintiff is reasonably certain to lose in the future, we award the sum of $_____.

c. For past medical expenses incurred, we award the sum of $_____.

d. For medical expenses Plaintiff is reasonably certain to incur in the future, we award the sum of $_____.

e. For past and future physical pain, mental suffering, loss of enjoyment of life, grief, anxiety, humiliation and emotional distress, we award the sum of $_____.

DATED:

9/25/2012

_____REDACTED_____
Foreperson