JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES (JIM) OWENS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　　　Defendants. | Case No. CV 08-7116-DMG (Ex)<br><br>**JUDGMENT** |

　　　This action was tried before the Court sitting with a jury, Dolly M. Gee, United States District Judge, presiding; the jury rendered its verdict, filed herein on October 13, 2010 [Doc. # 114]; and this Court issued a Judgment on the Verdict for Defendants, filed herein on October 13, 2010 [Doc. # 115]. Thereafter, this Court vacated said Judgment and granted a new trial as to certain issues [Doc. ## 136, 145]. Whereupon, this matter having come before the Court for a new trial, the Court sitting with a jury, and the issues having been duly tried and the jury having duly rendered its verdict, filed herein on September 25, 2012 [Doc. # 232],

//
//
//

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff James Owens shall have and recover the nominal sum of One Dollar on his Fourth Amendment claim for detention without reasonable suspicion against Defendant Deputy Casey Cheshier (erroneously sued herein as "Deputy Sheshire").

2. On all other claims, Plaintiff James Owens shall have and recover nothing from Defendants County of Los Angeles, Casey Cheshier, Adam Pruitt, and Cristina Martinez.

DATED: October 26, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE