# UNITED STATES DISTRICT COURT
### Central District of California

JAMES (JIM) OWENS

## BILL OF COSTS (LOCAL RULE 54-4)

V.

Case Number: CV08-07116 DMG

COUNTY OF LOS ANGELES, DEPUTY
MARTINEZ, DEPUTY SHESHIRE, et al.

Judgment having been entered in the above entitled action on ___October 26, 2012___ against ___plaintiff James Owens___ ,
                                                                    Date                              *as to* ✳

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Filing fees: see L.R. 54-4.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of process: see L.R. 54-4.2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 258.45 |
| United States Marshal's fees: see L.R. 54-4.3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Clerk's fees: see L.R. 54-4.4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Reporter's transcripts: see L.R. 54-4.5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Depositions: see L.R. 54-4.6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7,344.78 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 141.20 |
| Interpreter's and translator's fees: see L.R. 54-4.8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees: see L.R. 54-4.9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Masters, commissioners and receivers: see L.R. 54-4.10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 . . . . . . . . . . . . . . . . . | |
| Premiums on bonds and undertakings: see L.R. 54-4.12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Other Costs: see L.R. 54-4.13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| State Court costs: see L.R, 54-4.14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs on appeal: see L.R. 54-5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 . . . . . . . . . . . . . . . . . . . . . . . . . . | |

Other (please itemize)

> ✳ *defendants County of Los Angeles,*
> *Adam Pruitt, and Christina Martinez*

TOTAL   $   7,744.43

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** **Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.**

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _Steven J. Renick_

Name of Attorney: STEVEN J. RENICK

Costs are taxed in the amount of _____

| | By: | | |
|---|---|---|---|
| Clerk of Court | | Deputy Clerk | Date |

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME, CITY AND STATE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Christine Crawford, Torrance, California | | | | | | | 41.10 |
| Martha Rottenberg, Torrance, California | | | | | | | 41.10 |
| Nancy Owens, Lawndale, California | | | | | | | 59.00 |
| TOTAL (ignore incorrect total at bottom of the page) | | | | | | | 141.20 |
| | | | | | | TOTAL | 78,410.15 |

 **GAILEY ASSOCIATES, INC**

PO Box 5277
Garden Grove, CA 92846-0277

| | Tel # | (714) 622-1900 |
| --- | --- | --- |
| | Fax # | (714) 622-1919 |

April 1, 2010

Manning & Marder, Kass, Ellrod, Ramirez LLP
Attn: Trevor Grimm, Esq.
801 S. Figueroa, 15th Floor
Los Angeles CA 90017

Invoice #:  15677
Your File #:  CV08-07116  DSF
Our File #:  3331

Re:  James Owens  v.  County of Los Angeles; Deptuty Martinez; Deputy Sheshire

FED TAX ID# 33-0539606                    *Invoice Amount:* $749.39

### Professional Services

| | | Hrs/Rate | Amount |
| --- | --- | --- | --- |
| 2/19/2010 | Travel Garden Grove to Torrance (two locations) serve Christine Crawford and Martha Rottenberg; attempt serve Dr. Ryan Rao; negative; return travel. | 1.80 $60.00/hr | 108.00 |
| | Prepare proof of service and transmittal. | 0.30 $60.00/hr | 18.00 |
| 2/20/2010 | (AM) Travel Garden Grove to West Los Angeles; attempt serve Dr. Rao; negative; return travel | 1.90 $60.00/hr | 114.00 |
| | (PM) Travel Garden Grove to West Los Angeles; attempt serve Dr. Rao; negative; return travel | 2.00 $60.00/hr | 120.00 |
| 2/21/2010 | (PM) Travel Garden Grove to West Los Angeles; attempt serve Dr. Rao; negative; return travel | 2.40 $60.00/hr | 144.00 |
| 2/22/2010 | Telephone conference with attorney re: status | 0.10 $60.00/hr | 6.00 |
| | **Total for professional services rendered** | 8.50 | $510.00 |

### Additional Charges :

| | | Qty | |
| --- | --- | --- | --- |
| 2/19/2010 | Cost Advance - Witness Fee / Christine Crawford | 1 | 41.10 |
| | [Refer to Attached Receipt] | | |

380-21991                    **Attachment #2**

*THANK YOU*                                        Page     1

GAILEY ASSOCIATES, INC

Page    2

| Date | Description | Qty | Amount |
|---|---|---|---|
| 2/19/2010 | Cost Advance - Witness Fee / Martha Rottenberg | 1 | 41.10 |
| | [Refer to Attached Receipt] | | |
| | Online - Professional Licenses [Refer to Declaration re: All Research] | 1 | 20.00 |
| | Mileage - County of LA | 50 | 25.50 |
| 2/20/2010 | Mileage - County of LA | 73 | 37.23 |
| | Mileage - County of LA | 73 | 37.23 |
| 2/21/2010 | Mileage - County of LA | 73 | 37.23 |

| | |
|---|---|
| **Total costs** | $239.39 |
| **Total amount of this bill** | $749.39 |
| **Balance due** | $749.39 |

Terms: Due Upon Receipt

# GAILEY ASSOCIATES, INC

PO Box 5277
Garden Grove, CA 92846-0277

Tel #  (714) 622-1900
Fax #  (714) 622-1919

7/9/2010

Manning & Marder, Kass, Ellrod, Ramirez LLP
Attn: Trevor Grimm, Esq.
801 S. Figueroa, 15th Floor
Los Angeles CA 90017

Invoice #:  16208
Your File #:  CV08-07116  DSF
Our File #:  3331

Re: James Owens v. County of Los Angeles; Deputy Martinez; Deputy Sheshire

JUL 27 2010

FED TAX ID# 33-0539606

**Invoice Amount:** $166.59

### Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/9/2010 | Travel Garden Grove to Lawndale; serve Nancy Owens; return travel. | 1.10 $60.00/hr | 66.00 |
| 6/10/2010 | Prepare proof of service and transmittal. | 0.30 $60.00/hr | 18.00 |
| | **Total for professional services rendered** | **1.40** | **$84.00** |

**Additional Charges :**

ENTERED BY

JUL 27 2010

HXH

| | | Qty | |
|---|---|---|---|
| 6/9/2010 | Mileage - County of LA | 45 | 22.95 |
| | Cost Advance - Witness Fees (Nancy Owens) | 1 | 59.00 |
| 6/10/2010 | Cost Advance - Copies | 2 | 0.20 |
| | Cost Advance - Postage | 1 | 0.44 |
| | **Total costs** | | **$82.59** |

380-20991

| | | | |
|---|---|---|---|
| **Total amount of this bill** | | | **$166.59** |
| **Previous balance** | | | **$749.39** |
| 6/16/2010 Payment - Thank You. Check No. 201163 | | | ($749.39) |

*THANK YOU*

Attachment #2

GAILEY ASSOCIATES, INC

|  | Amount |
|---|---|
| Total payments and adjustments | ($749.39) |
| Balance due | $166.59 |

Terms: Due Upon Receipt

# SUMMARY OF COSTS CLAIMED

*Fees for Service of Process (Local Rule 54-4.2):*

| | | |
|---|---|---:|
| 2/19/10: | Service on Christine Crawford and Martha Rottenberg | $151.50 |
| 6/9/10: | Service on Nancy Owens | 106.95 |

*Depositions (Local Rule 54-4.6):*

| | | |
|---|---|---:|
| 3/3/09: | Dr. Robert Fenton (records of plaintiff) | $   162.34 |
| 2/25/10: | James Owens | 976.50 |
| 6/16/10: | Adam Pruitt | 394.40 |
| 6/18/10: | Casey Ray Cheshier (Volume 1) | 1,722.51 |
| 7/13/10: | Pacific Coast Imaging (records of plaintiff) | 126.51 |
| 7/28/10: | Nancy English | 991.50 |
| | Nancy English deposition witness fee | 60.50 |
| 7/28/10: | Christina M. Martinez | 516.00 |
| 8/23/10: | Robert B. Fenton, M.D. | 528.40 |
| | Dr. Fenton deposition witness fee | 1,750.00 |
| 8/23/10: | Dr. Robert Fenton (records of plaintiff) | 116.12 |

# Fees for Service of Process (Local Rule 54-4.2)



# GAILEY ASSOCIATES, INC

PO Box 5277
Garden Grove, CA  92846-0277

Tel #     (714) 622-1900
Fax #     (714) 622-1919

April 1, 2010

Manning & Marder, Kass, Ellrod, Ramirez LLP
Attn: Trevor Grimm, Esq.
801 S. Figueroa, 15th Floor
Los Angeles CA 90017

Invoice #:   15677
Your File #:  CV08-07116  DSF
Our File #:   3331

Re: James Owens  v.  County of Los
Angeles; Deputy Martinez;
Deputy Sheshire

FED TAX ID# 33-0539606

***Invoice Amount:*** **$749.39**

**Professional Services**

|  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 2/19/2010 | Travel Garden Grove to Torrance (two locations) serve Christine Crawford and Martha Rottenberg; attempt serve Dr. Ryan Rao; negative; return travel. | 1.80 $60.00/hr | 108.00 |
|  | Prepare proof of service and transmittal. | 0.30 $60.00/hr | 18.00 |
| 2/20/2010 | (AM) Travel Garden Grove to West Los Angeles; attempt serve Dr. Rao; negative; return travel | 1.90 $60.00/hr | 114.00 |
|  | (PM) Travel Garden Grove to West Los Angeles; attempt serve Dr. Rao; negative; return travel | 2.00 $60.00/hr | 120.00 |
| 2/21/2010 | (PM) Travel Garden Grove to West Los Angeles; attempt serve Dr. Rao; negative; return travel | 2.40 $60.00/hr | 144.00 |
| 2/22/2010 | Telephone conference with attorney re: status | 0.10 $60.00/hr | 6.00 |

|  | | |
|---|---|---|
| **Total for professional services rendered** | **8.50** | **$510.00** |

**Additional Charges :**

|  | | **Qty** | |
|---|---|---|---|
| 2/19/2010 | Cost Advance - Witness Fee / Christine Crawford | 1 | 41.10 |
|  | [Refer to Attached Receipt] | | |

300 - 21991

**Attachment  #2**

*THANK YOU*

Page      1

GAILEY ASSOCIATES, INC

Page      2

| | | Qty | Amount |
|---|---|---|---|
| 2/19/2010 | Cost Advance - Witness Fee / Martha Rottenberg | 1 | 41.10 |
| | [Refer to Attached Receipt] | | |
| | Online - Professional Licenses<br>[Refer to Declaration re: All Research] | 1 | 20.00 |
| | Mileage - County of LA | 50 | 25.50 |
| 2/20/2010 | Mileage - County of LA | 73 | 37.23 |
| | Mileage - County of LA | 73 | 37.23 |
| 2/21/2010 | Mileage - County of LA | 73 | 37.23 |

**Total costs** $239.39

**Total amount of this bill** $749.39

**Balance due** $749.39

LTG

Terms: Due Upon Receipt

# GAILEY ASSOCIATES, INC

PO Box 5277
Garden Grove, CA 92846-0277

| | |
|---|---|
| Tel # | (714) 622-1900 |
| Fax # | (714) 622-1919 |

7/9/2010

Manning & Marder, Kass, Ellrod, Ramirez LLP
Attn: Trevor Grimm, Esq.
801 S. Figueroa, 15th Floor
Los Angeles CA 90017

Invoice #:   16208
Your File #:   CV08-07116  DSF
Our File #:   3331
Re: James Owens  v.  County of Los Angeles; Deputy Martinez; Deputy Sheshire

JUL 2 7 2010

FED TAX ID# 33-0539606

**Invoice Amount:** $166.59

### Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 6/9/2010  Travel Garden Grove to Lawndale; serve Nancy Owens; return travel. | 1.10<br>$60.00/hr | 66.00 |
| 6/10/2010  Prepare proof of service and transmittal. | 0.30<br>$60.00/hr | 18.00 |
| **Total for professional services rendered** | **1.40** | **$84.00** |

**Additional Charges :**

ENTERED BY

JUL 2 7 2010

HXH

| | Qty | |
|---|---|---|
| 6/9/2010  Mileage - County of LA | 45 | 22.95 |
| Cost Advance - Witness Fees (Nancy Owens) | 1 | 59.00 |
| 6/10/2010  Cost Advance - Copies | 2 | 0.20 |
| Cost Advance - Postage | 1 | 0.44 |
| **Total costs** | | **$82.59** |

380-29991

| | |
|---|---|
| **Total amount of this bill** | **$166.59** |
| **Previous balance** | **$749.39** |
| 6/16/2010 Payment - Thank You. Check No. 201163 | ($749.39) |

*THANK YOU*

Attachment #2

GAILEY ASSOCIATES, INC

Page    2

|  | Amount |
| --- | --- |
| **Total payments and adjustments** | **($749.39)** |
| **Balance due** | **$166.59** |

Terms: Due Upon Receipt

# Depositions (Local Rule 54-4.6)

Depositions (Local Rule 54-4.6)



Page 1 of 1

# Invoice

170 E. Arrow Hwy, San Dimas, CA 91773 ● Tel:(800) 229-7477 ● Fax:(800) 611-4555

Federal Tax Id. No.:95-4179480

| Bill To: | Manning, Marder, Kass, Ellrod, Ramirez LLP | Order By: | Manning, Marder, Kass, Ellrod, Ramirez LLP |
|---|---|---|---|
| | 801 S. Figueroa St, 15th Flr | | 801 S. Figueroa St, 15th Flr |
| | Los Angeles, CA 90017- | | Los Angeles, CA 90017- |
| | Attn: L. Trevor Grimm | | Attn: L. Trevor Grimm |
| | MMWLAN | | MMWLAN |
| File/Claim No.: | 380-29991 | File/Claim No.: | 380-29991 |

| Order Summary: | James Owens  vs.  County of Los Angeles, et al |
|---|---|

| | | |
|---|---|---|
| Invoice No.: 667145 | Claimant: James Owens | Case No.: CV 08-7116 DSF (Ex) |
| Invoice Date: Mar 11, 2009 | Location: Dr. Robert Fenton, 3475 Torrance Blvd, Ste F, Torrance, | DOI: 12/16/2007 |
| Work Order No.: 161410-001 | CA 90503 | Insured: County of Los Angeles |
| Terms: 30 Days | | Date of Service: Mar 3, 2009 |

| No.: | Description | Qty | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| 1 | BASIC FEE | 1 | 40.00 | 3.30 | 40.00 |
| 2 | SUBPOENA PREPARATION | 1 | 20.00 | 0.00 | 20.00 |
| 3 | WITNESS FEE (SDT) | 1 | 40.00 | 0.00 | 40.00 |
| 4 | ADVANCE FEE CHARGE (SDT) | 1 | 2.75 | 0.00 | 2.75 |
| 5 | PAGINATION | 79 | 0.10 | 0.65 | 7.90 |
| 6 | CHARTING-CLINIC/DR. | 1 | 9.00 | 0.74 | 9.00 |
| 7 | PAGE COST - HARD COPY | 70 | 0.18 | 1.04 | 12.60 |
| 8 | PACKAGING & DELIVERY | 1 | 10.50 | 0.87 | 10.50 |
| 9 | OCR | 70 | 0.10 | 0.58 | 7.00 |
| 10 | ONLINE ACCESS - RECORDS | 1 | 5.00 | 0.41 | 5.00 |

| | |
|---|---|
| Subtotal: | 154.75 |
| Sales Tax: | 7.59 |
| TOTAL: | 162.34 |



MAR 1 3 2009



--------------------------------------------------------

Remittance Copy - Detach and Return This portion with your payment

## Invoice # 667145

Make checks payable to Second Image
Include invoice and account number on checks

Manning, Marder, Kass, Ellrod, Ramirez LLP
801 S. Figueroa St, 15th Flr
Los Angeles, CA 90017-
L. Trevor Grimm
MMWLAN

| Invoice Date: | Mar 11, 2009 |
|---|---|
| Invoice Number: | 667145 |
| Work Order No: | 161410-001 |
| Balance Due: | 162.34 |

Please Send Remittance to:
Second Image
P.O. Box 809
San Dimas, CA 91773

Attachment #2

# Norman Scholl & Associates

1055 WILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 483-3600          OUR FILE NO.     107971

EMPLOYER ID NO 95-2128090

April 1, 2010

PLEASE REFER TO INVOICE NO.
                              134593

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
801 SOUTH FIGUEROA STREET, 15TH FLOOR
LOS ANGELES,, CA  90017
ATTN: TREVOR GRIMM, ESQ.

ACCOUNT NO.    8875

IN RE:

JAMES (JIM) OWENS VS.
COUNTY OF LOS ANGELES

FILE/CLIENT:     COLA

---

| DATE | SERVICES RENDERED | CHARGES |
|---|---|---|

February 25, 2010  Deposition(s) of JAMES OWENS
LOS ANGELES

ORIGINAL AND ONE COPY    191 PGS @ 4.75 . . . . .      907.25
EXHIBITS 117 PGS @ .25 $29.25  CD ROM $15             44.25
HANDLING & DELIVERY                                    25.00
                                                    ----------
Please pay this amount. . . . . . . . . . .          $976.50
                                                    =========

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.



Attachment #1



# NETWORK
### DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

Network Deposition Services, Inc.
1900 Avenue of the Stars • Suite 2850
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

| | |
|---|---|
| Invoice # | **A1006444** |
| Invoice date | **August 2, 2010** |
| Invoice due | **August 25, 2010** |
| Invoice total | **394.40** |
| Balance due | **394.40** |

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

Make checks payable to Network Deposition
Services, Inc. • Our tax ID # is 77-0591481. •
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Offices of Gary S. Casselman | | | | |
|---|---|---|---|---|---|
| Noticed by | Gary S. Casselman, Esq. | | | | |
| **Deposition of** | **Adam Pruitt** | Case # | Network Depo Job | Your case reference # | Deposition date |
| Caption | James (Jim) Owens, Plaintiff, vs. County of Los Angeles, Deputy Martinez, Deputy Cheshier, Does 1-10, Inclusive, Defendants. | CV08-07116DG | 138102 | | 6-16-2010 |
| Description of Service | | | | | |
| Expedited Transcript | | | | | Amount |
| | | | | | 394.40 |

RECEIVED
AUG 0 6 2010
BY

380-29991

NDS invoice version 3.1                    Detach lower portion and return with your payment.

Payment from

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

Write notes or address changes below

| Invoice # | **A1006444** |
|---|---|
| Invoice date | **8/2/2010** |
| Late after | **8/25/2010** |
| Total due | 394.40 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1900 Avenue of the Stars
Suite 2850
Los Angeles, CA 90067

Attachment #1



## NETWORK
DEPOSITION SERVICES

Network Deposition Services, Inc.
1900 Avenue of the Stars ● Suite 2850
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

**I am an invoice.**
**Take me to your accounts**
**payable department.**

| | |
|---|---|
| Invoice # | A1006428 |
| Invoice date | November 1, 2010 |
| Invoice due | December 1, 2010 |
| Invoice total | 1,722.51 |
| Balance due | 1,722.51 |

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

380-29991

Make checks payable to Network Deposition Services, Inc. ● Our tax ID # is 77-0591481. ● A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Law Offices of Gary S. Casselman | | | | |
|---|---|---|---|---|---|
| Noticed by | Gary S. Casselman, Esq. | Case # | Network Depo Job | Your case reference # | Deposition date |
| **Deposition of** | **Casey Ray Cheshler - Volume 1** | | | | |
| Caption | James (Jim) Owens, Plaintiff, vs. County of Los Angeles, Deputy Martinez, Deputy Cheshier, Does 1-10, Inclusive, Defendants. | CV08-07116DG | 138123 | | 6-18-2010 |
| Description of Service | | | | | Amount |
| Court Reporting | | | | | 1,717.51 |
| Exhibits | | | | | 5.00 |

RECEIVED
NOV 18 2010
By

*depo noticed by plaintiff*

NDS invoice version 3.1

Detach lower portion and return with your payment.

Payment from

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

Write notes or address changes below

| | |
|---|---|
| Invoice # | **A1006428** |
| Invoice date | 11/1/2010 |
| Late after | 12/1/2010 |
| Total due | 1,722.51 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1900 Avenue of the Stars
Suite 2850
Los Angeles, CA 90067

**Attachment #1**

# HARD COPY, A Bierly Co.

### P.O. Box 92225 Pasadena CA 91109
### (323) 255-4252    FAX (323) 255-4352

**Tax ID#: 95-4257370**

**Date:**    July 13th 2010

## Invoice#U7993.01-A

James Owens vs.

DOI:   SSN:   DOB: NOV 12 1963   Records of: James Owens    *matter #*

Claim#:   Case#Unassigned    *380 299 9 ?*

| Description | Qty | #Pages | Charge | Extended |
|---|---|---|---|---|
| Packaging & Handling Fees | 2 | 0 | 6.98 | 13.96 |
| Check Charge | 1 | 0 | 1.50 | 1.50 |
| Witness Fees Advanced | 1 | 0 | 40.00 | 40.00 |
| Copy Fees Second Sets | 1 | 50 | 0.15 | 7.50 |
| Copy Fees First Set | 1 | 50 | 0.22 | 11.00 |
| Basic Charges | 1 | 0 | 45.00 | 45.00 |

21

**Ordered By:** Manning & Marder,Kass,Ellrod

| | |
|---|---|
| Sub Total: | 118.96 |
| Tax: | 7.55 |
| Total Invoice: | 126.51 |
| Payments To Date: | 0.00 |
| Amount Due: | 126.51 |

**Location:** Pacific Coast Imaging
510 N. Prospect Ave., #101

Redondo Beach CA 90277

**Sent To:** [35108] Manning & Marder,Kass,Ellrod - 1 copy
Kendall S. Wagner M.D. - 1 copy

In order to process your payment, we need the **applicant's name and Invoice number** on your check, or enclose a copy of the invoice with your payment. Thank you.
*ADDITIONAL WITNESS FEES INCLUDE X-RAY/FILM DUPLICATION COSTS (XRAYS ON CD)*

**Attn:**
Manning & Marder,Kass,Ellrod
801 S. Figueroa St. #15th Flr.
*Number Pages* C I V I L
Los Angeles CA 90017
**cc:** Manning & Marder,Kass,Ellrod

*Pasadena*

NAT

*Thank you for using Hard Copy*

Attachment #3



# NETWORK
DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

Network Deposition Services, Inc.
1900 Avenue of the Stars ● Suite 2850
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

| | |
|---|---|
| Invoice # | A1008123 |
| Invoice date | 9/1/10 |
| Invoice due | 9/30/10 |
| Invoice total | 991.50 |
| Balance due | 991.50 |

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

Make checks payable to Network Deposition Services, Inc. ● Our tax ID # is 77-0591481. ● A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Manning & Marder, Kass, Ellrod, Ramirez | Case # | Network Depo Job | Your case reference # | Deposition date |
|---|---|---|---|---|---|
| Noticed by | L. Trevor Grimm, Esq. | | | | |
| Deposition of | Nancy English | | | | |
| Caption | James (Jim) Owens, Plaintiff, vs. County of Los Angeles, Deputy Martinez, Deputy Cheshier, Does 1-10, Inclusive, Defendants. | CV08-07116DG | 138573 | | 7-28-2010 |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript O+1 - Business Litigation | 177 | Pages | 4.75 | 840.75 |
| Exhibit Copies | 24 | Pages | 0.25 | 6.00 |
| Color Exhibit Copies | 1 | Pages | 1.75 | 1.75 |
| After 5 pm | 1.2 | Hours | 40.00 | 48.00 |
| Reporter Parking | 1 | | | 15.00 |
| Processing and litigation support package | 1 | | 30.00 | 30.00 |
| $15 eTranscript and $15 scanned exhibits on CD | | | | |
| Handling, binding and delivery of original transcript | 1 | | 25.00 | 25.00 |
| Handling, binding and delivery of transcript copy | 1 | | 25.00 | 25.00 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

Payment from

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

Write notes or address changes below

_____

_____

_____

_____

_____

| | |
|---|---|
| Invoice # | **A1008123** |
| Invoice date | 9/1/10 |
| Late after | 9/30/10 |
| Total due | 991.50 |
| Amount enclosed | |

Mail payment to

Network Deposition Services, Inc.
1900 Avenue of the Stars
Suite 2850
Los Angeles, CA 90067

Attachment #2

FIRST REGION   BANK
CENTURY CITY.    067
16-3776-1220

**MANNING & MARDER**
KASS. ELLROD. RAMIREZ LLP
801 S. FIGUEROA ST., 15th FL.
LOS ANGELES, CA  90017-3012
(213) 624-6900

203604

9/9/2010                           $60.50

*Sixty and 50/100 Dollars*————————————————————————————————

Nancy English                                      VOID AFTER 90 DAYS

# NON-NEGOTIABLE

---

| 13643 | Nancy English | | 9/9/2010 | 203604 | $60.50 |
|---|---|---|---|---|---|
| G/L Acct. | Matter I.D. | Inv.No. | Inv.Date | Invoice Description | Amount |
| 2000-1000 | 380-029991 | 203604 | 09-09-2010 | Witness Fee James Owens v. County of LA 380-29991 | 60.50 |



# Network
## DEPOSITION SERVICES

**I am an invoice.**
**Take me to your accounts**
**payable department.**

| | |
|---|---|
| Invoice # | **A1008122** |
| Invoice date | 9/1/10 |
| Invoice due | 9/30/10 |
| Invoice total | **516.00** |
| Balance due | **516.00** |

Network Deposition Services, Inc.
1900 Avenue of the Stars ● Suite 2850
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

Make checks payable to Network Deposition
Services, Inc. ● Our tax ID # is 77-0591481. ●
A service fee of 1.5% per month may be added
to any invoice over 30 days old.

| Noticing firm | Law Offices of Gary S. Casselman | | | | | |
|---|---|---|---|---|---|---|
| Noticed by | Gary S. Casselman, Esq. | | Case # | Network Depo Job | Your case reference | Deposition date |
| Deposition of | Cristina M. Martinez | | | | | 7-28-2010 |
| Caption | James (Jim) Owens, Plaintiff, vs. County of Los Angeles, Deputy Martinez, Deputy Cheshier, Does 1-10, Inclusive, Defendants. | | CV08-07116DG | 138560 | | |

| Description of Service | Quantity | Units | Price | Extended |
|---|---|---|---|---|
| Transcript Copy - Business Litigation | 145 | Pages | 2.95 | 427.75 |
| Exhibit Copies | 2 | Pages | 0.50 | 1.00 |
| Exhibit Copies - Legal size | 1 | Pages | 1.25 | 1.25 |
| Processing and litigation support package | 1 | | 40.00 | 40.00 |
| Handling, binding and delivery of transcripts | 1 | | 25.00 | 25.00 |
| Exhibit Copies | 42 | Pages | 0.50 | 21.00 |
| Pages printed on day of deposition for attorney L. Trevor Grimm | | | | |

## ENTERED BY
SEP 09 2010

*Detach lower portion and return with your payment.*

Payment from

## HXH

Manning & Marder, Kass, Ellrod, Ramirez
Attention: L. Trevor Grimm, Esq.
801 South Figueroa Street
15th Floor
Los Angeles, CA 90017

RECEIVED
SEP 09 2010
By 380-29991

Write notes or address changes below

| | |
|---|---|
| Invoice # | **A1008122** |
| Invoice date | September 1, 2010 |
| Late after | September 30, 2010 |
| Total due | 516.00 |
| Amount enclosed | |

Mail payment to
Network Deposition Services, Inc.
1900 Avenue of the Stars
Suite 2850
Los Angeles, CA 90067

Attachment #1

11/05/2010  17:10    2134813636           SCHALL COURT REPORTE           PAGE  02/04

# Norman Schall & Associates    CERTIFIED SHORTHAND REPORTERS

1055 WILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600       OUR FILE NO.
EMPLOYER ID NO 95-2128090                                                                   10/4269

October 1, 2010

PLEASE REFER TO INVOICE NO.  138509

MANNING & MARDER                         ACCOUNT NO.   8875
KASS, ELLROD, RAMIREZ LLP
801 SOUTH FIGUEROA STREET, 15TH FLOOR    IN RE:
LOS ANGELES,, CA  90017                        JAMES JIM OWENS VS.
ATTN: TREVOR GRIMM                             COUNTY OF LOS ANGELES

FILE/CLIENT:

| DATE | SERVICES RENDERED | CHARGES |
|---|---|---|

August 23, 2010       Deposition(s) of ROBERT B. FENTON, M.D.
TORRANCE, CA


                      DOCTOR DEPO / 8 DAY EXPEDITE / 20%
                      ORIGINAL AND ONE COPY   73 PAGES @.6.30. . . . .      459.90
                      EXHIBITS        114 PAGES @ .25                        28.50
                      EXHIBITS  C/D ROM                                      15.00
                      HANDLING & DELIVERY                                    25.00
                                                                        ----------
                      Please pay this amount. . . . . . . . . . .         $528.40
                                                                        ==========

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.

Attachment #1

MANNING & MARDER
KASS, ELLROD, RAMIREZ
801 S. FIGUEROA STREET, 15TH FLOOR
LOS ANGELES, CA 90017-5554
(213) 624-6900

FIRST COMMERCE BANK
16661 Ventura Blvd.
Encino, CA 91436

003072

90-8563/3222

*****Not to Exceed $2450.00*****

August 20, 20 10

PAY One thousand seven hundred fifty dollars only                      DOLLARS $ $1,750.00

TO THE ORDER OF
Robert B. Fenton
3475 Torrance Blvd.
Suite F
Torrance, CA 90503

NOT NEGOTIABLE

⑈003072⑈ ⑆322285833⑆ 004132734⑈

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

DETACH AND RETAIN THIS STUB
THIS CHECK IS FOR PAYMENT OF ITEMS DESCRIBED BELOW
IF INCORRECT PLEASE NOTIFY US PROMPTLY, NO RECEIPT NECESSARY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/20/10 | Not to Exceed $2,450.00 | |
| | Deposition fee<br>James Owens vs. COLA<br>380-29991 | |

Attachment #2

Page#1 of 0

# HARD COPY, A Bierly Co.

P.O. Box 92225 Pasadena CA 91109
(323) 255-4252    FAX (323) 255-4352

**Tax ID#: 95-4257370**

Date:    August 23rd 2010

**Invoice#U7993.02-A**

**James Owens vs.**
DOI:   SSN:   DOB: NOV 12 1963   Records of:James Owens

Claim#: 380-29991   Case#Unassigned

| Description | Qty | #Pages | Charge | Extended |
|---|---|---|---|---|
| E-Mail Records to Client | 1 | 0 | 7.50 | 7.50 |
| Packaging & Handling Fees | 1 | 0 | 8.90 | 8.90 |
| Pagination | 1 | 86 | 0.03 | 2.58 |
| Rush Handling | 1 | 0 | 10.00 | 10.00 |
| Copy Fees Second Sets | 1 | 86 | 0.15 | 12.90 |
| Copy Fees First Set | 1 | 86 | 0.22 | 18.92 |
| Basic Charges | 1 | 0 | 45.00 | 45.00 |

**RECEIVED**
**AUG 27 2010**
By

**Ordered By:** Manning & Marder,Kass,Ellrod

| | |
|---|---|
| Sub Total: | 105.80 |
| Tax: | 10.32 |
| **Total Invoice:** | 116.12 |
| Payments To Date: | 0.00 |
| Amount Due: | 116.12 |

**Location:** Fenton, Robert M.D.
3475 Torrance Blvd., #F

Torrance CA 90503

Sent To: [35108] Manning & Marder,Kass,Ellrod - 2 copies

In order to process your payment, we need the **applicant's name and invoice number** on your check, or enclose a copy of the invoice with your payment. Thank you.
*COPY OF RECORDS EMAILED TO CLIENT 8/20/10. 2 HARDCOPIES TO FOLLOW.*

Attn:
   Manning & Marder,Kass,Ellrod
   801 S. Figueroa St. #15th Flr.
   *Number Pages*  C I V I L
   Los Angeles CA 90017
cc:  Manning & Marder,Kass,Ellrod

*Pasadena*

NAT

Attachment #5